UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HELEN ANDERSON, | ) | 1:08-cv-00033-OWW-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER DIRECTING CLERK TO SEND** |
| | ) | **PLAINTIFF A BLANK APPLICATION** |
| v. | ) | **TO PROCEED IN FORMA PAUPERIS** |
| | ) | **FORM BY A PERSON WHO IS NOT** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **INCARCERATED** |
| | ) | |
| | ) | **ORDER DIRECTING PLAINTIFF TO** |
| Defendant. | ) | **FILE APPROPRIATE AND** |
| | ) | **COMPLETED APPLICATION TO** |
| | | **PROCEED IN FORMA PAUPERIS** |
| | | **FORM WITHIN TWENTY (20) DAYS** |

On January 7, 2008, Plaintiff filed a complaint that appears to involve a claim relating to the Social Security Administration, together with an application and affidavit for leave to proceed in forma pauperis, which is not a standard court form.

Accordingly, it is hereby ORDERED:

1. That the Clerk of Court send Plaintiff, together with this order, a blank application to proceed in forma pauperis form for a person who is not incarcerated; and,

//

    2.    That Plaintiff file the appropriate and completed application to proceed in forma pauperis form, within twenty (20) days from the date of service of this order, in order for the Court to proceed to process Plaintiff's action.

IT IS SO ORDERED.

Dated:  January 11, 2008                           /s/ Sandra M. Snyder

                                                  UNITED STATES MAGISTRATE JUDGE