1 | McGREGOR W. SCOTT
United States Attorney
2 | LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3 | Social Security Administration
DONNA WADE ANDERSON
4 | Supervisory Regional Chief Counsel
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| HELEN ANDERSON, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> MICHAEL J. ASTRUE[1], ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br>     Defendant. ) <br> _____) | CIVIL NO. 1:08-CV-00033-SMS <br><br> REVISED MOTION (EX Parte) AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (AMENDING DOC. NO. 13) |

    Defendant, through his counsel, hereby respectfully requests that the time for responding to plaintiff's complaint be extended by 90 days from May 12, 2008 to August 10, 2008.

    This is defendant's second request for an extension of time to respond to plaintiff's complaint. Defendant needs the additional time to respond to the complaint in this matter, as the Special Assistant United States Attorney previously assigned to the case has since transferred to another component of the

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Agency and did not properly process the extension motion before her departure.  Plaintiff is appearing in pro se and has not provided a telephone contact, thus, necessitating this ex-parte motion.

                              Respectfully submitted,

Dated: July 22, 2008                McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

                              /s/ *Donna W. Anderson*
DONNA W. ANDERSON
Supervisory Regional Chief Counsel
Special Assistant United States Attorney

**IT IS SO ORDERED:**

Dated:  7/22/2008
                           /s/ Sandra M. Snyder
                         THE HONORABLE SANDRA M. SNYDER
                             United States Magistrate Judge